Alden J. Parker, State Bar No. 196808
**weintraub genshlea chediak**
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, California  95814
Telephone:  916/558-6000
Facsimile:    916/446-1611
Email:  aparker@weintraub.com

Attorneys for
BOER FAMILY TRUST and
MARY E. BOER TRUSTEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DUANE SCEPER,

               Plaintiff,

       v.

JAMES CARY; CARY'S REDDING TIRE
FACTORY; BOER FAMILY TRUST; MARY E.
BOER TRUSTEE; and DOES 1 through 10,
Inclusive,

               Defendants.

Case No. 2:11-CV-01324-JAM-CMK

ORDER RE: STIPULATION FOR DISMISSAL

Complaint Filed:  May 16, 2011

     IT IS HEREBY ORDERED THAT this action be and is hereby dismissed with prejudice pursuant to FRCP 41(a)(2).

Dated: August 25, 2011

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

{1348616.DOC:}

1

ORDER RE: STIPULATION FOR
DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com