1  Alden J. Parker, State Bar No. 196808
   **weintraub** genshlea chediak
2  a law corporation
   400 Capitol Mall, 11th Floor
3  Sacramento, California   95814
   Telephone:  916/558-6000
4  Facsimile:    916/446-1611
   Email:  aparker@weintraub.com
5
   Attorneys for
6  BOER FAMILY TRUST and
   MARY E. BOER TRUSTEE
7

8              UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10

11  DUANE SCEPER,                              )  Case No. 2:11-CV-01324-JAM-CMK
                                               )
12          Plaintiff,                         )  ORDER RE: STIPULATION FOR DISMISSAL
                                               )
13      v.                                     )
                                               )
14  JAMES CARY; CARY'S REDDING TIRE            )
    FACTORY; BOER FAMILY TRUST; MARY E.        )
15  BOER TRUSTEE; and DOES 1 through 10,       )  Complaint Filed:  May 16, 2011
    Inclusive,                                 )
16                                             )
                                               )
17          Defendants.                        )
                                               )

18

19      IT IS HEREBY ORDERED THAT this action be and is hereby dismissed with

20  prejudice pursuant to FRCP 41(a)(2).

21

22  Dated: August 25, 2011

23

24                          /s/ John A. Mendez_____ ___
                            UNITED STATES DISTRICT COURT JUDGE

25

26

27

28

{1348616.DOC;}                      1

ORDER RE: STIPULATION FOR
DISMISSAL